**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Eric Kronk, Individually & as Administrator of the Estate of Elizabeth Kronk,**

*Plaintiff,*

**v.**

**Case No. 3:26-cv-225**
**Judge Thomas M. Rose**

**Khurshidjon Urinboev, *et al.*,**

*Defendants.*

---

**ENTRY AND ORDER GRANTING MOTION TO DISMISS THE DEPARTMENT OF HEALTH AND HUMAN SERVICES (DOC. 10), DISMISSING THE DEPARTMENT OF HEALTH AND HUMAN SERVICES WITHOUT PREJUDICE, REMANDING THIS ACTION TO THE MONTGOMERY COUNTY COURT OF COMMON PLEAS, AND TERMINATING CASE**

---

Pending before the Court is Defendant United States Secretary of the Department of Health and Human Services' (HHS) unopposed Motion to Dismiss for Lack of Jurisdiction. (Doc. 10.) HHS removed the case from Montgomery County Court of Common Pleas on July 6, 2026, asserting federal jurisdiction due to the presence of a federal agency being sued as provided by 28 U.S.C. § 1442(a)(2). (Doc. 1, PageID 1.) On July 14, 2026, HHS moved for dismissal, asserting sovereign immunity and failure to exhaust administrative remedies. (Doc.

10.) By local rule, Plaintiff had 21 days to answer. S.D. Ohio Civ. R. 7.2(a)(1). No opposition has been filed.

Plaintiff has failed to allege any applicable waiver of sovereign immunity and has failed to exhaust his administrative remedies, as required by Title XVIII of the Social Security Act. *See* 42 U.S.C. §§ 405(g)-(h), 1395ff(b)(1)(A), 1395ii. As a result, this Court lacks jurisdiction over the subject matter of Plaintiff's claim against HHS.

Wherefore, the Court **GRANTS** the Secretary of HHS's Motion to Dismiss (Doc. 10) and **DISMISSES** the Secretary of HHS as a party to this action **WITHOUT PREJUDICE** for lack of jurisdiction. Moreover, as the presence of the Secretary of HHS as a party was the sole basis supporting removal jurisdiction in this Court, the Court further **REMANDS** this action to the Montgomery County Court of Common Pleas. The Court **DIRECTS** the Clerk to **TERMINATE** the case upon the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, September 30, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE